[No. 69924-5-I. Division One. June 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNIE W. DURRETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01965-7, Barbara A. Mack, J., entered December 11, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Lau, JJ.

[Nos. 70164-9-I; 70460-5-I. Division One. June 2, 2014.]

*In the Matter of the Marriage of* KELLY GRACE, *Respondent*, and PETER SPOUSE, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 10-3-07919-3, Laura Gene Middaugh, J., entered March 27, 2013. *Affirmed in part* and *reversed in part* by unpublished opinion per Spearman, C.J., concurred in by Cox and Verellen, JJ.

[No. 71642-5-I. Division One. June 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT T. WHEELER, *Appellant*.

*In the Matter of the Personal Restraint of* ROBERT T. WHEELER, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02167-7, Elizabeth P. Martin, J., entered October 12, 2012, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Lau, JJ.